UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER JAMES HENSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  No. 4:20-CV-585 SEP |
| | ) |
| CENTENE MANAGEMENT | ) |
| CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Self-represented plaintiff Christopher James Henson ("Plaintiff") filed this civil action on April 27, 2020, alleging civil rights violations against twenty-four defendants. Doc. [1]. However, Plaintiff neither paid the Court filing fee nor filed a motion to proceed without prepayment of fees or costs.[1]

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to send Plaintiff an 'Application to Proceed in District Court without Prepaying Fees or Costs' form.

**IT IS FURTHER ORDERED** that Plaintiff must either pay the $400 filing fee or submit a motion to proceed without prepaying fees or costs within **twenty-one (21) days** of the date of this Order.

---

[1] The Court notes that Plaintiff included a numbered page in his complaint that is entitled "Motion to Proceed" and discusses proceeding *in forma pauperis* in this matter. *See* Doc. [1] at 27. Plaintiff also filed a certified inmate account statement, as required with a motion to proceed *in forma pauperis*. *See* Doc. [2]. However, the motion to proceed *in forma pauperis* itself should be a separate filing on a court-provided form, as required by local rules. *See* Eastern District of Missouri Local Rule 2.06(A).

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this   21st   day of May, 2020.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE